# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

SHERRY F. KERSEY                                                                             PLAINTIFF

V.                                           NO. 4:14CV00500-JTR

CAROLYN W. COLVIN,                                                                      DEFENDANT
Acting Commissioner,
Social Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED THIS 3rd DAY OF March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE